IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTOPHER RAY,

    Plaintiff,

v.                                                                                                            Case No. 2:23-cv-2408-MSN-atc
                                                                                                           JURY DEMAND

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed July 5, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 15), filed November 8, 2023, this matter is hereby **DISMISSED WITH PREJUDICE** without costs or attorneys' fees to either party.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

November 16, 2023
Date